EDWARD BOWMAN, Respondent, *v*. JAMES E. STEWART et al., Appellants.

*Bowman* v. *Stewart*, 164 App. Div. 923, affirmed.
(Argued May 4, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the loss of a canal boat. Plaintiff contended that the defendants were bailees of said boat for hire; that the defendants were negligent in overloading the boat for a trip over an unknown channel; that they were negligent in towing the boat with a hawser one hundred and fifty feet long and going through a channel from seventy to eighty feet wide, and that they were negligent and careless in the method used in their endeavor to extricate the boat from her grounded position, thereby causing her to sink. Defendants contended that under the contract the defendants were absolved from any responsibility in connection with the care of the boat and that the defendants were not responsible for any damage which the boat suffered by reason of the accident, and also that the plaintiff failed to show any negligence for which the defendants were responsible.

*Clarence R. King* and *Edward Schoeneck* for appellants.

*Wordsworth B. Matterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.